Weinstein, Pinson & Riley, P.S.
Josh Harrison – SBN 277595
701 Highlander Blvd., Suite 270
Arlington, TX 76015
Telephone: (817) 622-9010
Facsimile: 206-269-3493
Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>William Anthony McIntosh,<br><br>Debtor,<br><br>FIA Card Services, N.A.,<br><br>Plaintiff,<br>vs.<br><br>William Anthony McIntosh,<br><br>Defendant. | Chapter 7<br><br>Bankruptcy No. 12-49894<br><br>Adversary Case No. 13-04057<br><br>STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING<br><br>DATE: 08/5/2013<br><br>TIME: 10:00 A.M.<br><br>CTRM: Oakland Room 215 |

IT IS HEREBY AGREED, by and between the undersigned, that the above captioned action be and is hereby is dismissed with prejudice, with plaintiff FIA Card Services, N.A. (the "Plaintiff") and defendant William Anthony McIntosh (the "Defendant,") and with the Plaintiff, (the "Parties") each bearing their own costs and attorneys' fees. The Parties agree that all claims and counterclaims that were or could have been asserted be and hereby are dismissed with

1

prejudice. This matter has settled for the sum of $1,750.00, Defendant to pay Plaintiff on or before October 1, 2013.

Weinstein, Pinson & Riley, P.S.

Dated: 7/18/2013

_____
Josh Harrison
Attorneys for Plaintiff

Dated: 7/12/13

_____
William Anthony McIntosh
Debtor

Dated: 7/12/13

_____
Nathan David Borris
Attorney for Debtor